UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                               :

ELIZABETH MOLINA,                              :

                          Plaintiff,                         :
                                                                :          17-cv-7631 (LL)
          -v-                                                 :
                                                                :             ORDER
KALEO, INC.,                                      :

                          Defendant.                     :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      WHEREAS this case was recently transferred to the undersigned, it is hereby

      ORDERED that the parties shall submit a joint letter to the Court updating the Court on the status of arbitration no later than February 20, 2020. Pursuant to Paragraph 1(A) of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.), parties should file the letter on ECF and should not submit courtesy copies.

      SO ORDERED.

Dated: February 7, 2020
       New York, New York                                  LEWIS J. LIMAN
                                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2020